UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                                         **ORDER**

        -against-                                 17 **CR.** 448 (RMB)

ANDRES SOLIS LIRA,

                    Defendant.
------------------------------------------------------------X

The Court will hold a conference in Courtroom 17 B, 500 Pearl Street, on Thursday, March 12, 2020 at 10:30 am. <u>See</u> Mandate issued February 26, 2020.

The Court requests that the parties meet and confer and file written submissions in advance of the conference (by March 5, 2020) setting forth their respective positions with authorities.

Dated: New York, New York
        February 27, 2020

                                                  _____
                                                  **RICHARD M. BERMAN, U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/27/2020