UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA, :
:
                       Government, :
: 17 Cr 448 (RMB)
:
    - against - : **ORDER**
:
Andres Solis Lira, :
:
                       Defendant. :
-----------------------------------------------------------------x

The conference in this matter is rescheduled from 10:30 am on March 12, 2020 to 11:00 am on March 18, 2020.

Dated: New York, New York
       March 11, 2020

_____
**RICHARD M. BERMAN**
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/2020